UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

**Gregory Kilgore**
(Write the full name of the plaintiff)

vs.

**West Palm Beach Police Department
"SWAT"
Detective Drew Noel # 2045
Agt Fuchsman**
(Write the full name of the defendant/s in this case)

FILED BY __MC__ D.C.
NOV 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Party Information

A. Plaintiff: **Gregory Kilgore**
   Address: **West Detention Center, P.O. Box 1450
   Belle Glade, Fl 33430**

   Inmate/Prison No.: _____

   Year of Birth: **62** (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs. **Gregory Kilgore West Detention Center Belle Glade, Fl**

B. Defendant: **Drew Noel # 2045**   Defendant: **Agt Fuchsman**
   Official Position: **Detective**   Official Position: **Detective, Agent**
   Place of Employment: **West Palm Beach police department**   Place of Employment: **West Palm Beach police department**

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Additional Defendants

West Palm Beach Police Department
Special Weapons And Tactics Team

Entry Personal
1.) Det. Patterson
2.) Agt. Chaves
3.) Det. Vautin
4.) Sgt. Nash
5.) Det. Noel
6.) Agt. Fuchsman
7.) Ofc. Cicanio
8.) Sgt. Mooney

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1.) On 10-21-21 West Palm Beach Police "SWAT" unlawfully entered "breach" the plaintiff secure Apartment building without first knocking and Announcing there present, purpose and Authority, once the front door was found to be locked

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want the Court to Award the plaintiff compensatory damages of $200,000.00, punitive damages of $200,000.00, Accumulative damages of $200,000.00, Actual damages of $200,000.00, discretionary damages of $200,000.00, Double damages of $400,000.00, future damages of $400,000.00 And Rescissory damages of $400,000.00

Statement of Claim Attachment

2.) On 10-21-21 Detective Drew Noel #2045 and Sgt. Fuchsman unlawfully entered and or "breach" the plaintiff secured apartment building at 515 57th Street West Palm Beach, Fl 33407, once the front apartment door was found to be locked, without first knocking and announcing

3.) The plaintiff lived in a secured apartment building "swat" unlawfully entered the plaintiff building without due notice as required.

4.) Relief should be granted because West Palm Beach Police "swat" is in violation of the plaintiff right to be secure in his home and his reasonable expectation to privacy.

5.) By the city of West Palm Beach Police Department special weapons and Tactics Team Operation Review, by there own Addmission they breach the common door leading into the building After it was found to be locked, without first Knocking And Announcing there present, purpose or Authority.

## IV. Jury Demand

Are you demanding a jury trial?   _X_ Yes   ___ No

Signed this __2__ day of __NOV__, 20__23__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __11/2/23__

_____
Signature of Plaintiff

Gregory Kilgore #0482474
West Detention Center
P.O. Box 1450
Belle Glade, Fl 33430

Legal Mail

WEST PALM BCH FL 334
3 NOV 2023 PM 1 L

USA ★ F

Clerk's Office, United States District Court
Southern District of Florida
400 North Miami Ave 8N09
~~Miami~~ Miami, Fl 33128-7716

1 of 3

33128-771699

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

FSC MIX Envelope FSC® C137131

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored
The Sheriff Cannot Assume Responsibility For Its Contents

2:48 PM

